IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NORMAN HOEWISCHER, Individually**          Case No.  3:11-cv-00840

        **Plaintiff,**

vs.

**WILLIAMSON INVESTMENT COMPANY and
WILLIAMSON INVESTMENT COMPANY INC.,**
Florida Corporations and/or an entity acting on
behalf of a Florida Corporation,

        **Defendants.**
_____/

## AMENDED STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

    Plaintiff and Defendants, by and through their undersigned counsel, hereby move this Court to dismiss the instant action with prejudice.

| FOR THE PLAINTIFF | FOR THE DEFENDANTS |
|---|---|
| By: s/ Robert J. Henderson | By: s/ Michael J. DeCandio |
| Robert J. Henderson, Esquire | Michael J. DeCandio, Esquire |
| Of Counsel For | Marshall, Dennehey, Warner, |
| Thomas B. Bacon, P.A. |    Coleman & Goggin, P.C. |
| P.O. Box 166 | 200 W. Forsyth Street, Suite 1400 |
| Bethel Park, PA 15102 | Jacksonville, FL 32202 |
| Phone: 412-551-1887 | Phone: (904) 358-4200 |
| Fax:    412-833-9691 | Fax: (904) 355-0019 |
| rjh@attorneyrjh.com | mjdecandio@mdwcg.com |
| | |
| | Attorneys for Defendants |
| Thomas B. Bacon, Esq. | |
| Thomas B. Bacon, P.A. | |
| 4868 S.W. 103rd Ave. | |
| Cooper City, FL 33328 | |
| Phone: 954-478-7811 | |
| Fax: 954-237-1990 | |
| tbb@thomasbaconlaw.com | |
| | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2012, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF which will serve all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

        Michael J. DeCandio, Esquire
        Marshall, Dennehey, Warner,
        Coleman & Goggin, P.C.
        2200 W. Forsyth Street, Suite 1400
        Jacksonville, FL 32202

        s/ Robert J. Henderson
        Robert J. Henderson, Esquire