UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER,

    Plaintiff,

v.                                                     Case No. 3:11-cv-840-J-34TEM

WILLIAMSON INVESTMENT COMPANY and
WILLIAMSON INVESTMENT COMPANY, INC.,

    Defendants.

_____

## ORDER OF DISMISSAL

This matter is before the Court on the Amended Stipulation for Dismissal of Case With Prejudice (Dkt. No. 22; Stipulation) filed on July 30, 2012. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

1.    This case is **DISMISSED with prejudice**.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of August, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record